UNITED STATES DISTRICT COURT
FILED
AUG 1 8 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DEMETRIUS MACK,

Petitioner,

v.

23-CV-365 (JLS) (HKS)

J. DONAHUE,

Respondent.

**DECISION AND ORDER**

On April 26, 2023, Petitioner Demetrius Mack filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the constitutionality of his guilty plea to criminal possession of a weapon in the second degree, in violation of New York state law. Dkt. 1. The case has been referred to United States Magistrate Judge H. Kenneth Schroeder, Jr., for all proceedings under 28 U.S.C. §§ 636(b)(1)(B) and (C). Dkt. 11.

On August 31, 2023, Respondent responded to Petitioner's petition. Dkt. 10. On September 25, 2023, Petitioner filed a motion to stay so that he could amend his petition to include a claim that he had ineffective assistance of counsel because his lawyer did not raise a third party culpability defense. Dkt. 12.

On July 14, 2026, Judge Schroeder issued a Report and Recommendation (R&R) addressing the motion to stay, Dkt. 12, and the habeas petition, Dkt. 1. Dkt. 16. He recommends that this Court deny Petitioner's motion to stay, *id.* at 18, and

deny the petition for a writ of habeas corpus, *id.* at 21, 24. Neither party filed objections, and the time to do so has expired. *See id.* at 24 (stating that objections were due fourteen days from receipt).

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and, based on that review, and in the absence of any objections, the Court accepts Judge Schroeder's recommendation.

Thus, for the reasons in the R&R, Petitioner's motion to stay, Dkt. 12, and the habeas petition, Dkt. 1, are DENIED. The Clerk of Court shall close this case.

SO ORDERED.

Dated: August 18, 2026
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE